STATE of Missouri, Respondent,

v.

Montez RILEY, Defendant/Appellant.

No. 73462.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 31, 1998.

Gary E. Brotherton, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of second degree robbery in violation of section 569.030 RSMo 1994. Due to his status as a prior and persistent offender, defendant was sentenced to twelve years imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their

information only, setting forth the facts and reasons for this order.

We affirm pursuant to Rule 30.25(b).